IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

J.K.J. AND J.A.J.,

      Appellants,

v.

L.L.L.S.,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3582

_____/

Opinion filed November 9, 2016.

An appeal from the Circuit Court for Walton County.
Kelvin C. Wells, Judge.

Brian Norback of Legal Services of North Florida, Inc., Fort Walton Beach, for Appellants.

Daniel W. Uhlfelder of Daniel W. Uhlfelder, P.A., Santa Rosa Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

ROBERTS, C.J., JAY and WINSOR, JJ., CONCUR.